

**Dario DiBattista**
@DarioDiBattista

So @SenFranken is all about this #metoo 🧘 movement he's losing his job over. 🙄 #speech

11:58 AM · Dec 7, 2017

2 Likes

EXHIBIT E