**Dario DiBattista**
December 3, 2017

In MY nation, this man gets castrated and his life-time probation officer forces him to eat gobs of saltpeter for every meal for the rest of his life.



NBCNEWS.COM
**Former Stanford swimmer Brock Turner appeals rape convictions**
The case against Turner received national attention and reignited conversations about sexual a...

 25                         14 comments  2 shares

 Like                        Share



EXHIBIT G