

**Dario DiBattista**
@DarioDiBattista

I think you're probably a skeezy dude if you can't get dates via apps. Amazing what happens when you just treat women like people instead of transactional sex holes.

12:45 AM · Jul 30, 2018

**1** Retweet   **12** Likes

EXHIBIT
H