**Dario DiBattista** @DarioDiBattista · Sep 25, 2018

It's not that everything is all "political" these days; it's just that it's hard to not react to so much of what's happening in DC and on the news as anything but a litmus test of individual character.

 1              ♡ 4              ⬆

 **Dario DiBattista**
@DarioDiBattista

We can disagree about lots of things. But it really says a lot about you if you're getting mad at credible women — and let's be real, someone shouldn't have to go to Yale to be "credible" — for coming forward with claims of sexual assault.

2:04 PM · Sep 25, 2018

**1** Like

EXHIBIT

**I**