

**Dario DiBattista** @DarioDiBattista · Sep 25, 2018
The world's really easy when you're not a D or R and don't view everything from the prism of "your side" and "winning." Take a step away. You're mad at women for speaking about assault and possible trauma. That's really crappy behavior. Period.

💬 1   🔁   ♡ 3   📊   ⬆

**EXHIBIT J**