

**Dario DiBattista**
@DarioDiBattista

What world is it that one woman falsely accusing rape equals the vast majority of woman who are sexually assaulted and speak about it are liars? Confirmation bias is strong, ya'll. #IBelieveYou

9:35 PM · Sep 26, 2018

3 Retweets   22 Likes

EXHIBIT K