

**Dario DiBattista**
@DarioDiBattista

Yay, my many years of bartending finally makes me a subject matter expert! You like beer? You drink too many beers? There are effects! Like, not remembering things! 🤯 #kavanaugh

4:10 PM · Sep 27, 2018

18 Likes

EXHIBIT
L





**Dario DiBattista**
September 27, 2018

Man, I can't take my eyes off the TV, though this is so hard to watch.

Honestly, in the general sense of "these are the rules of our constitution," I'm not mad about President Trump getting to pick a candidate, whether I like the person or not. That's just the way it works.

But for real, it's so insane Dr. Blasey Ford has to go through THIS. Her description of trauma was textbook — avoidance of triggers, inability to recount the event without re-experiencing physical symptoms.

I believe her. She's not on trial. Stop there.

Now call the FBI. Call Mark Judge (who has literally written a memoir about his party days in high school alongside his buddy "Bart Kavanaugh").

Why can't the Rs just pick another person?

Also, POLYGRAPHS don't work for ANYTHING.

 51                                                                                              95 comments