

**Dario DiBattista** @DarioDiBattista

I'm seeing glowing tributes today about a dead man whom, I know for a fact, violently raped one of my friends. I'm adding this to the list of reasons women don't report sex crimes. When this dude died I ordered prime rib at the restaurant he worked at. It was so good.

9:58 AM · Oct 19, 2018

10 Likes

**Billium McGates** @BilliumMcgates · Oct 19, 2018
I'm trying to understand you here. Are you saying that women don't report crimes because the offenders have friends or because they have people who recall them fondly after their passing?

**Dario DiBattista** @DarioDiBattista · Oct 19, 2018
The dude was a pretty shitty guy. But no one would believe it. My point is some people who some others think are very good are actually very awful people.

EXHIBIT M