

**Dario DiBattista**
@DarioDiBattista

I turned down an embarrassing amount of sex in the USMC because I was saving myself for the *right one.* I wish this were a joke tweet.

10:41 PM · Mar 11, 2020

10 Likes

EXHIBIT N