

**Dario DiBattista**
@DarioDiBattista

Up until a month ago I was a bartender. When the pandemic is over I will do it again. I don't know what people think bartenders do? I save people from sexual assault, poisoning themselves too much, or from getting arrested or accidentally killing others pretty much every night.

11:51 AM · Sep 22, 2020

**4** Retweets    **66** Likes

EXHIBIT

O