

THE IMG CENTER
1360 EAST 9TH STREET, SUITE 650
CLEVELAND, OHIO 44114
TELEPHONE 216.928.7700
WWW.FANLEGAL.COM

Eric F. Long, Esq.
Tyler J. Walchanowicz, Esq.
efl@fanlegal.com
tjw@fanlegal.com

Ronald L. Schwartz, Esq.
ronaldschwartz@verizon.net

November 10, 2023

**<u>Confidential – For Settlement Purposes Only</u>**
**<u>Protected From Disclosure Under Evid. R. 408</u>**

**<u>Sent Via Federal Express:</u>**

The Honorable Dereck E. Davis, Treasurer
Louis L. Goldstein Treasury Bldg., Room 109
80 Calvert Street
Annapolis, Maryland 21401-0466

      *Re: Representation of John Doe/Notice of Claim Pursuant to Maryland Tort*
      *Claims Act*

Honorable Dereck E. Davis:

    I hope this letter finds you well. Please take note that the law firm of Friedman Nemecek & Long, in conjuncture with Ronald Schwartz, Esq., has been retained by John Doe relative to his claims against Towson University and its employees for their unlawful, discriminatory, and negligent actions towards him. The address for Towson and its employees is 8000 York Road, Towson, Maryland 12152.

EXHIBIT
P

Please allow this letter to serve as formal notice under the Maryland Tort Claims Act for claims that we believe John Doe[1] has against Towson University, a public institution, including violations of his constitutional rights and negligence. Attached to this notice is the demand letter to Towson University, that was sent to Towson on or about August 14, 2023. As such, Towson has been made aware of these claims and has secured counsel via the Maryland AG's Office. At this time, Mr. Doe is making a demand of $400,000.00 to resolve this matter.

Please give me a call at your earliest convenience to discuss this matter in greater detail. I look forward to hearing from you soon. I can be reached via email, or by phone at (440) 773-3479.

Very Truly Yours,

Eric F. Long

*/s/ Ronald L. Schwartz*
Ronald L. Schwartz

---

[1] Towson University is aware of the identity of the students involved in this matter and identities can be secured through the University. Should this matter proceed to litigation, we will seek to file under the pseudonym of John Doe with protections for all students involved as well.