IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN DOE, | * | |
| Plaintiff, | * | |
| v. | * | No. 1:23-CV-03100-ADC |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF MARYLAND, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Consent Motion to Exceed Page Limitation in Defendants' Motion to Dismiss Complaint, it is this 17th day of January, 2024, hereby **ORDERED**:

That the Consent Motion is **GRANTED**; and it is further **ORDERED**:

That Defendants' memorandum in support of their Motion to Dismiss Complaint shall not exceed forty (40) pages in length.

_____
The Honorable A. David Copperthite
United States Magistrate Judge