IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>THE BOARD OF REGENTS OF THE )<br>UNIVERSITY SYSTEM OF )<br>MARYLAND, et. al. )<br>)<br>      Defendants. ) | Case No: 1:23-CV-03100-ADC<br><br><br><br><br>**PLAINTIFF'S NOTICE OF**<br>**VOLUNTARY DISMISSAL OF**<br>**COUNTS IV-VIII** |

Now comes Plaintiff, by and through undersigned counsel and pursuant to Federal Civil Rule 41, hereby voluntarily dismisses Counts IV-VIII of his Complaint, without prejudice, at Plaintiff's cost. Plaintiff reserves the right to file Counts IV-VIII in State Court.

Respectfully Submitted

/s/ Ronald L. Schwartz
RONALD L. SCHWARTZ (07159)
4907 Niagara Road, Suite 103
College Park, Maryland 20740
P: (301) 474-2300
E: ronaldschwartz@verizon.net

*/s/ Eric F. Long*
ERIC F. LONG (OH #0093197)
TYLER J. WALCHANOWICZ (OH # 0100115)
Friedman Nemecek & Long, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, OH 44114
P: (216) 928-7700
F: (216) 820-4659
E: efl@fanlegal.com
E: tjw@fanlegal.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was filed on this 12th day of February, 2024, by CM/ECF, which will send a notification of electronic filing (NEF) to the parties of record.

*/s/ Eric F. Long*
ERIC F. LONG (OH #0093197)